**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:14CR00087-01 BSM**

**CORNELL MORRIS**                                              **DEFENDANT**

**ORDER**

On June 8, 2016, defendant Cornell Morris appeared for a hearing on the government's motion to revoke his supervised release [Doc. No. 20].  Morris pleaded true to all violations except the April 3, 2016, violation for making terroristic threats. Sentencing was held in abeyance for 90 days or until September 6, 2016, to allow Morris to demonstrate that he can comply with his conditions of supervised release. Based upon information received from the probation office, Morris has had no additional violations since his hearing. Therefore, the government's motion to revoke is denied.

The clerk shall provide a copy of this order to the United States Probation Office and the United States Marshals Services.

IT IS SO ORDERED this 8th day of September 2016.

_Brian S. Miller_
UNITED STATES DISTRICT JUDGE